IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAILER BRIDGE, INC., WAN HAI LINES(AMERICA) LTD., CSAV AGENCY, LLC, DATATRAC CORPORATION, INC., SUPPLY CHAIN SOLUTIONS, INC., SUPERIOR BROKERAGE SERVICES, INC., TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, INC. D/B/A TRANSGROUP WORLDWIDE LOGISTICS, and ESHIP GLOBAL, INC., <br><br> Defendants. | Case No.: 8:09-cv-1307 <br><br> DEMAND FOR JURY TRIAL |

## NOTICE OF VOLUNTARY DISMISSAL OF WAN HAI LINES(AMERICA) LTD.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), hereby notify this Court that Plaintiffs voluntarily dismiss Defendant Wan Hai Lines (America) Ltd.

Dated: July 16, 2009

Respectfully submitted,

HANSON LAW OFFICE

*/s/ Michael A. Hanson*
Michael A. Hanson
2501 N. Orient Road, Suite A
Tampa, Florida 33619
813-626-7304
813-626-0541 fax
FBN: 0350796
mhanson@hansonlawoffice.net
**ATTORNEYS FOR PLAINTIFFS**