IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | ) ) ) |
| Plaintiffs, | ) **Case No.: 8:09-cv-1307** |
| vs. | ) ) |
| TRAILER BRIDGE, INC., CSAV AGENCY, LLC, SUPERIOR BROKERAGE SERVICES, INC., and TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, INC. D/B/A TRANSGROUP WORLDWIDE LOGISTICS | ) ) ) ) **DEMAND FOR JURY TRIAL** ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), and Defendant CSAV Agency, LLC ("CSAV"), by and through their respective undersigned counsel of record, hereby stipulate to and agree that this action, including all claims and counterclaims asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  March 4, 2010

| | |
|---|---|
| /s/ Jeffrey L. Waters | /s/ Anthony E. Dowell |
| Jeffrey L. Waters | Anthony E. Dowell |
| jwaters@JonesDay.com | aedowell@dowellbaker.com |
| JONES DAY | DOWELL BAKER, P.C. |
| 77 West Wacker Drive | 201 Main St., Suite 710 |
| Chicago, Illinois 60601 | Lafayette, IN  47901 |
| (312) 782-3939 | (765) 429-4004 |
| | |
| **ATTORNEY FOR DEFENDANT CSAV AGENCY, LLC** | **ATTORNEY FOR PLAINTIFFS ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2010 a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Laura Ganoza | James V. Etscorn |
| William Earl Davis | David A. Mancino |
| FOLEY & LARDNER, LLP | Kevin W. Kirsch |
| One Biscayne Tower, Suite 1900 | Baker & Hostetler LLP |
| 2 South Biscayne Boulevard | 312 Walnut Street, Suite 3200 |
| Miami, FL 33131-1808 | Cincinnati, OH  45202-4074 |
| 305-482-8400 | (513) 929-3400 |
| Fax: 305-482-8600 | (513) 929-0303 |
| Email: wdavis@foley.com | E-Mail:  kkirsch@bakerlaw.com |
| **ATTORNEYS FOR** | E-Mail:  dmancino@bakerlaw.com |
| **TRAILER BRIDGE, INC.** | **ATTORNEYS FOR TRANSGROUP WORLDWIDE LOGISTICS** |

Michael Cone, Esq.
John M. Peterson, Esq.
NEVILLE PETERSON LLP
1400 Sixteenth Street, N.W., Suite 350
Washington, D.C. 20036
202-861-2959
Fax: 202-861-2924
Email: mcone@npwny.com
Email: jpeterson@npwny.com
**ATTORNEYS FOR DEFENDANT**
**SUPERIOR BROKERAGE**
**SERVICES, INC.**