**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | )<br>)<br>) |
| Plaintiffs, | ) **Case No.: 8:09-cv-1307** |
| vs. | )<br>) |
| TRAILER BRIDGE, INC., SUPERIOR BROKERAGE SERVICES, INC. and TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, INC. D/B/A TRANSGROUP WORLDWIDE LOGISTICS | )<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), and Defendant Trailer Bridge, Inc. ("Trailer Bridge"), by and through their respective undersigned counsel of record, hereby stipulate to and agree that this action, including all claims and counterclaims asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  April 29, 2010

| | |
|---|---|
| /s/ William E. Davis | /s/ Anthony E. Dowell |
| William E. Davis, FL Bar No. 191680 | Anthony E. Dowell |
| wdavis@foley.com | aedowell@dowellbaker.com |
| Foley & Lardner LLP | DOWELL BAKER, P.C. |
| One Biscayne Tower, Suite 1900 | 201 Main St., Suite 710 |
| 2 South Biscayne Boulevard | Lafayette, IN  47901 |
| Miami, FL 33131 | (765) 429-4004 |
| Telephone: 305.482.8400 | |
| Facsimile:  305.482.8600 | **ATTORNEY FOR PLAINTIFFS** |
| **ATTORNEY FOR** | **ARRIVALSTAR S.A. and MELVINO** |
| **TRAILER BRIDGE, INC.** | **TECHNOLOGIES LIMITED** |

MIAM_205192.1

## CERTIFICATE OF SERVICE

   I hereby certify that on April 29, 2010 a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Laura Ganoza
William Earl Davis
FOLEY & LARDNER, LLP
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, FL 33131-1808
305-482-8400
Fax: 305-482-8600
Email: wdavis@foley.com

**ATTORNEYS FOR
TRAILER BRIDGE, INC.**

James V. Etscorn
David A. Mancino
Kevin W. Kirsch
John F Bennett
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH  45202-4074
513-929-3400
Fax: 513-929-0303
E-Mail:  kkirsch@bakerlaw.com
E-Mail:  dmancino@bakerlaw.com
E-Mail:  jbennett@bakerlaw.com

**ATTORNEYS FOR TRANSGROUP
WORLDWIDE LOGISTICS**

Michael Cone
John M. Peterson
NEVILLE PETERSON LLP
1400 Sixteenth Street, N.W., Suite 350
Washington, D.C. 20036
202-861-2959
Fax: 202-861-2924
Email: mcone@npwny.com
Email: jpeterson@npwny.com

**ATTORNEYS FOR DEFENDANT
SUPERIOR BROKERAGE
SERVICES, INC.**